PROB 12C
(6/16)

Report Date: November 5, 2024

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2024

SEAN F. McAVOY, CLERK

Name of Offender: Misty Leanne Beck                Case Number: 0980 2:22CR00115-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99224

Name of Sentencing Judicial Officer: The Honorable Dana L. Christensen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 16, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 846, 841(b)(1)(B) | | |
| Original Sentence: | Prison - 72 Months; TSR - 60 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | January 14, 2022 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | January 13, 2027 |

## PETITIONING THE COURT

**To issue a SUMMONS**.

On August 3, 2022, Ms. Misty Beck signed her conditions relative to case number 2:22CR00115-TOR-1, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Ms. Misty Beck is alleged to have violated mandatory condition number 3 by ingesting methamphetamine, previously occurring on or about November 4, 2024, based on both urinalysis testing and Ms. Beck's admission of such use. |
| | Specifically, on November 4, 2024, Ms. Beck reported as directed to the U.S. Probation Office in Spokane to submit to urinalysis testing. Prior to testing, Ms. Beck indicated her sobriety, but subsequently provided a urinalysis sample that tested presumptive positive for methamphetamine. Upon questioning, Ms. Beck admitted to ingesting methamphetamine, most recently occurring on November 2, 2024. Ms. Beck did sign a drug use admission form serving to memorialize the admission. |

Prob12C
Re: Beck, Misty Leanne
November 5, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 5, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge
November 6, 2024
Date