PROB 12C
(6/16)

Report Date:  June 5, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Misty Leanne Beck

Case Number: 0980 2:22CR00115-TOR-1

Address of Offender: ███████████████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Dana L. Christensen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable James A. Goeke, U.S. Magistrate Judge

Date of Original Sentence: December 16, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 846, 841(b)(1)(B) | | |
| Original Sentence: | Prison - 72 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: | January 14, 2022 |
| Defense Attorney: | Andrea George | Date Supervision Expires: | January 13, 2027 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/05/2024 and 11/22/2024.

On August 3, 2022, Ms. Misty Beck signed her conditions relative to case number 2:22CR00115-TOR-1, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Misty Beck violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about May 6, 2025.

On May 1, 2025, a sweat patch was applied to Ms. Beck. On May 6, 2025, the sweat patch was removed.

A lab report has since been received noting a positive presence for methamphetamine.

Prob12C
**Re: Beck, Misty Leanne**
**June 5, 2025**
**Page 2**

6      **Standard Condition # 4**: You must answer truthfully the questions asked by your probation officer.

**Supporting Evidence**: It is alleged that Misty Beck violated the terms of her supervised release, by being untruthful to the probation officer regarding her employment situation, on or about June 3, 2025.

On May 3, 2025, Ms. Beck commenced employment with Taco Bell. On June 3, 2025, during an office contact with Ms. Beck, the undersigned officer inquired into how her job was going with Taco Bell. At that time, she informed the undersigned officer that she had quit her job with Taco Bell, putting her 2-week notice in, stating that June 1, 2025, was her last day at work. She indicated she quit because her hours were not being increased and she believed she secured employment with Amazon.

On June 4, 2025, the undersigned officer contacted Taco Bell. The manager advised that Ms. Beck had not appeared for work in 3 weeks. She advised that Ms. Beck was technically still employed but Ms. Beck had reported having COVID then pneumonia. They had requested that Ms. Beck provide documentation to verify her inability to come to work, but she had failed to do so. Ms. Beck had not reported any recent illnesses to the undersigned officer since she started working for Taco Bell and as noted, she indicated that she had put in her 2-week notice and last worked on June 1, 2025.

7      **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Misty Beck violated the terms of her supervised release by failing to appear for a random urinalysis, on or about May 27, 2025.

Ms. Beck is enrolled in the random drug testing program at Pioneer Human Services (PHS). She is expected to call the testing line daily to determine if she is required to appear that same day for a urinalysis.

PHS advised that Ms. Beck failed to appear for a urinalysis on May 27, 2025.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     06/05/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Beck, Misty Leanne**
**June 5, 2025**
**Page 3**


THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the
     case.
[X]  Defendant to appear before the Magistrate
[ ]  Other

Signature of Judicial Officer

June 5, 2025

Date