PROB 12C
(6/16)

Report Date: June 18, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Misty Leanne Beck                     Case Number: 0980 2:22CR00115-TOR-1

Address of Offender: ███████████████████████ Spokane, WA 99260

Name of Sentencing Judicial Officer: The Honorable Dana L. Christensen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 16, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 846, 841(b)(1)(B) | | |
| Original Sentence: | Prison - 72 months;<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | January 14, 2022 |
| Defense Attorney: | Robert Michael Seines | Date Supervision Expires: | January 13, 2027 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/05/2024, 11/22/2024, 06/05/2025, and 06/11/2025.

On August 3, 2022, Ms. Misty Beck signed her conditions relative to case number 2:22CR00115-TOR-1, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Misty Beck violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about May 28, 2025.<br><br>On May 28, 2025, a sweat patch was applied to Ms. Beck. On June 3, 2025, the sweat patch was removed and sent to the lab. The lab report has since been received, noting the sweat patch returned positive for methamphetamine. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Beck, Misty Leanne
June 18, 2025
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 18, 2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[X]    Other  *The Revocation of Supervised Release hearing scheduled for 7/9/2025 remains set.*

Thomas O. Rice
United States District Judge

June 20, 2025
Date